# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

| | |
|---|---|
| Information associated with the following email address, including information associated with the Microsoft accounts of such address: Karltrujillo07308@outlook.com that is stored at a premise controlled by Microsoft Online Services, Custodian of Records, a company that accepts service of legal process at One Microsoft Way, Redmond WA 98052-6399. | Case No. 20-MJ-48 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE  3/4/2020  (not to exceed 14 days)
☒ in the daytime between 6:00 a.m. and 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. William E. Duffin  .
(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
  ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 2/19/2020 @ 4:05 p.m.   _William E. Duffin_
Judge's signature

City and State: Milwaukee, Wisconsin       Hon. William E. Duffin  , U.S. Magistrate Judge
Printed Name and Title

AO 93 (mod. 5/14) Search and Seizure Warrant

# Return

| Case No: 20-MJ-48 | Date and time warrant executed: 2/20/2020 - 11:00a | Copy of warrant and inventory left with: Microsoft |

Inventory made in the presence of:
Kevin Wrona

Inventory of the property taken and/or name of any person(s) seized:

-Digital records for associated accounts maintained by Microsoft

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 3/24/2020

_____
Executing officer's signature

Kevin Wrona - Special Agent
_____
Printed name and title

~~Subscribed, sworn to, and returned before me this date:~~

Sworn to via telephone; returned via email.
Date: March 24, 2020

_____
~~United States Magistrate Judge~~
Deputy Clerk

## ATTACHMENT A – Microsoft Outlook

## Property to Be Searched

This warrant applies to information associated with the following email addresses, including information associated with the Microsoft accounts of such addresses:

- Karltrujillo07308@outlook.com

that is stored at a premise controlled by Microsoft Online Services, Custodian of Records, a company that accepts service of legal process at One Microsoft Way, Redmond WA 98052-6399.

## ATTACHMENT B – Microsoft Outlook

## Particular Things to be Seized

### I. Information to be disclosed by Microsoft Outlook (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, for the time period of September 6, 2018 to the present, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

1. The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, the contents, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail, and any/all attachments to such emails to include images and/or videos;

2. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

3. The types of service utilized;

4. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files; all

records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

5. The Provider shall disclose responsive data, if any, by sending it to Special Agent Kevin Wrona, Homeland Security Investigations, 790 N. Milwaukee St., Suite 600, Milwaukee, WI 53202, kevin.c.wrona@ice.dhs.gov, using the US Postal Service, another courier service, or through email notwithstanding 18 U.S.C. 2252A or similar statute or code.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violation of 18 U.S.C. § 2252(a)(4)(B).